420 Lexington Avenue                Joseph J. Giulietti
New York, NY 10170                  President
www.mta.info


Metro-North Railroad



March 20, 2017

*VIA ECF*
Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

      Re:    *Neil Gonzalez v. Metro-North Commuter Railroad*, No. 1:16-cv-09364

Dear Judge Preska:

I represent defendant Metro-North Commuter Railroad in the above-referenced matter. I write to request an adjournment of the initial conference scheduled for March 31, 2017, due to the unavailability of counsel. I have consulted with the attorney for the plaintiff and obtained his consent and availability to adjourn the initial conference. Furthermore, I have spoken with your courtroom Deputy, and all parties can be available for a conference on April 19, 2017, at 2:00 p.m. No prior adjournment requests have been made. Thank you for your consideration in this regard.

Respectfully submitted,

s/ Jonathan P. Meinen

Jonathan P. Meinen, Esq. (JM-1024)
Associate Counsel
(212) 340-2027
jmeinen@mnr.org

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/20/17