```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Neil Gonzalez,                     :
                                   :
                                   :    16 CV 9364 (LAP)
                    Plaintiff(s),  :
                                   :        ORDER
        -against-                  :
                                   :
Metro-North Commuter Railroad,     :
                                   :
                                   :
                    Defendant(s).  :
                                   :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter no later than September 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*
_____
LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: September 8, 2021

New York, New York